**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**WELDON INGRAM,**

                      **Plaintiff,**                **1:10-cv-1583**
                                                            **(GLS/RFT)**

                      **v.**

**STEPHEN W. HERRICK,** et al.,

                      **Defendants.**
_____

**APPEARANCES:**                             **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Weldon Ingram
Pro Se
840 Albany-Shaker Road
Albany County Correctional Facility
Albany, NY 12211

**FOR THE DEFENDANTS:**
NO APPEARANCES

**Gary L. Sharpe**
**District Court Judge**

## MEMORANDUM-DECISION AND ORDER

    Pro se plaintiff Weldon Ingram, an inmate at Albany County Correctional Facility, brings this action under 42 U.S.C. § 1983, alleging various violations of his constitutional rights resulting from his state

prosecution. (*See* Compl., Dkt. No. 1.) In a Report-Recommendation and Order (R&R) filed January 24, 2011, Magistrate Judge Randolph F. Treece recommended the dismissal of Ingram's complaint.[1] (Dkt. No. 5.) The court has received four letters from Ingram which will be treated as objections. (Dkt. Nos. 8, 10, 11, 12.) For the reasons that follow, the R&R is adopted and Ingram's claims are dismissed.

Before entering final judgment, this court routinely reviews all report and recommendation orders in cases it has referred to a magistrate judge. If a party has objected to specific elements of the magistrate judge's findings and recommendations, this court reviews those findings and recommendations de novo. *See Almonte v. N.Y. State Div. of Parole*, No. 04-cv-484, 2006 WL 149049, at *6-7 (N.D.N.Y. Jan. 18, 2006). In those cases where no party has filed an objection, or only a vague or general objection has been filed, this court reviews the findings and recommendations of a magistrate judge for clear error. *See id.*

The court is unable to discern any objections to Judge Treece's R&R. (*See* Dkt. Nos. 8, 10, 11, 12.) Therefore, having reviewed the R&R for

---

[1] The Clerk is directed to append the R&R to this decision, and familiarity therewith is presumed.

2

clear error, the court finds none.  Accordingly, the R&R is adopted in its entirety, and, for the reasons articulated therein, Ingram's claims are dismissed.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Magistrate Judge Randolph F. Treece's January 24, 2011 Report-Recommendation and Order (Dkt. No. 5) is **ADOPTED**; and it is further

**ORDERED** that Ingram's complaint is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case and provide a copy of this Memorandum-Decision and Order to the parties.

**IT IS SO ORDERED.**

March 23, 2011
Albany, New York

Gary L. Sharpe
U.S. District Judge

3